■ HOME INSURANCE Co., Respondent, v MANUFACTURERS HANOVER TRUST COMPANY, Respondent. ROBERT WEDINGER, Nonparty Appellant. [617 NYS2d 311] —Order, Supreme Court,

New York County (Joan B. Lobis, J.), entered on April 18, 1994, which granted the motion of Chemical Bank, as successor to Manufacturers Hanover Trust, to compel non-party witness Robert Wedinger to answer certain questions at an EBT, unanimously affirmed, with costs.

Wedinger's invocation of the privilege against self-incrimination is meritless. He is no longer subject to criminal prosecution for the events forming the basis for the civil suit, such events having transpired more than five years ago. *(See,* 18 USC § 3282; CPL 30.10 [2] [b].)

We also note that Wedinger waived his right to assert the privilege when he entered his plea and that virtually all of the questions asked of him pertain to the plea. *(United States v Pardo,* 636 F2d 535 [DC Cir 1980].)

We have considered Wedinger's other arguments and find them to be without merit. Concur—Wallach, J. P., Asch, Rubin and Williams, JJ.